**P. R. McLeod, trading as McLeod & Company, Appellant, v. Alexander J. Alexander and Lucas Brodhead, Trustees, Appellees.**

**Gen. No. 23,821.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 19, 1918.

## Statement of the Case.

Action by P. R. McLeod, trading as McLeod & Company, plaintiff, against Alexander J. Alexander and Lucas Brodhead, trustees of the estate of Alexander J. Alexander, and Ashland Block Association, a corporation, defendants, to recover an amount claimed to be due as the purchase price of certain goods. From a judgment for defendants, plaintiff appeals.

BARNHARDT & STAFFORD, for appellant.

ERNEST SEVERY, for appellees.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. ACCOUNT STATED, § 4*—*what does not constitute.* The mere sending of monthly statements of account does not make an ac-

*See **Illinois Notes Digest**, Vols. XI to XV, and **Cumulative Quarterly**, same topic and section number.

count stated if the goods for which they were sent were not purchased.

2. APPEAL AND ERROR, § 1410*—*when judgment not disturbed as against weight of evidence.* In an action for the purchase price of goods where the evidence is conflicting and the Appellate Court cannot say that the finding was manifestly against the weight of the evidence, the judgment will be affirmed.